IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE R. MATHIS,

    Plaintiff,

vs.                                                  Civil Action 2:12-cv-576
                                                       Judge Sargus
                                                       Magistrate Judge King

NETCARE CORPORATION, *et al.*,

    Defendants.

### ORDER

      On July 13, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed pursuant to 28 U.S.C. § 1915(e) and that plaintiff's Emergency Motion for injunction, Doc. No. 3, be denied. Order and Report and Recommendation, Doc. No. 5. Plaintiff was specifically advised of her right to object to the *Report and Recommendation* and of the consequences of her failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

      The Clerk shall enter **FINAL JUDGMENT**. Moreover, the Court concludes that an appeal from the judgment entered in this case would not be taken in good faith.

8-2-2012
Date

                                                Edmund A. Sargus, Jr.
                                                United States District Judge